IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 18-30038 |
| | ) | |
| JANHOI COLE, | ) | |
| | ) | |
| Defendant. | ) | |

OPINION

RICHARD MILLS, United States District Judge:

United States Magistrate Judge Tom Schanzle-Haskins entered a Report and Recommendation, wherein he recommended that Defendant Janhoi Cole's amended motion to suppress evidence be denied.

Defendant Janhoi Cole has filed an Objection to the Report and Recommendation.

Pursuant to 28 U.S.C. § 636(b)(1)(C), the Court will make a de novo determination of the portions of the report to which objection is made.

The Defendant seeks the suppression of any evidence found as a result of a traffic stop in Springfield, Illinois on June 25, 2018, and any statements or admissions obtained as a result of that stop.

1

Specifically, the Defendant objects to the magistrate judge's conclusion that "the recording shows that after the Squad Car swung to the left from behind the Black SUV, the Vehicle was following too closely behind the Merging Vehicle." Doc. No. 30, at 8. Based on that objection, the Defendant also objects to the conclusion that "Trooper Chapman had probable cause to stop Cole for following too closely behind the Merging Vehicle." *Id*. at 21. The Defendant further objects to the conclusion that "Trooper Chapman also had reasonable suspicion to detain Cole beyond the time reasonably necessary to complete the traffic stop." *Id*. He claims the traffic stop was not supported by probable cause. The Defendant further contends that the Court's review of video will show that he was not following too closely and that the magistrate judge's finding is erroneous.

Accordingly, the Defendants asks the Court to suppress any and all physical, oral, tangible or intangible evidence, admissions or statements obtained by Illinois State Trooper Clayton Chapman or any other law enforcement personnel in their illegal detention of the Defendant and subsequent warrantless search.

The Court has reviewed the video and agrees with the magistrate judge's finding that when the squad car moved left from behind the black SUV, the Defendant's vehicle appeared to be following too closely behind the merging vehicle when the left lane ended. An officer could reasonably have believed that Defendant was following too closely behind the merging vehicle in violation of 635 ILCS 5/11-

2

710. Therefore, the Court concludes that the officer had probable cause to stop the vehicle for following too closely.

Based on the factors noted on pages 23 and 24 of the Report and Recommendation, the Court also agrees with the magistrate judge's finding that Trooper Chapman had reasonable suspicion to detain the Defendant beyond the time reasonably necessary to complete the traffic stop.

For all of these reasons, the Court will accept the Report and Recommendation and deny the motion to suppress.

Ergo, the Court ACCEPTS United States Magistrate Judge Tom Schanzle-Haskins' Report and Recommendation [d/e 30] and Denies the Defendant's Objections [d/e 31] thereto.

The Defendant's Amended Motion to Suppress Evidence [d/e 24] is DENIED.

ENTER: September 10, 2019

       FOR THE COURT:

/s/ *Richard Mills*
Richard Mills
United States District Judge